<u>**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**</u>

Case No. 16-3960

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

**FILED**
Jan 30, 2018
DEBORAH S. HUNT, Clerk

| | | |
|---|---|---|
| DRFP L.L.C., dba Skye Ventures, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | ON APPEAL FROM THE UNITED |
| v. | ) | STATES DISTRICT COURT FOR |
| | ) | THE SOUTHERN DISTRICT OF |
| REPÚBLICA BOLIVARIANA DE | ) | OHIO |
| VENEZUELA; THE VENEZUELAN | ) | |
| MINISTRY OF FINANCE, | ) | |
| | ) | |
| Defendants-Appellees. | ) | |

O R D E R

BEFORE:  COOK, KETHLEDGE, and DONALD, Circuit Judges.

COOK, Circuit Judge.  The parties jointly move to vacate our Order granting appellees' motion for attorneys' fees incurred in this frivolous appeal.  *See DRFP L.L.C. v. República Bolivariana de Venezuela*, No. 16-3960, 2018 WL 496861 (6th Cir. Jan. 22, 2018).  In light of the parties' representations that they have reached a comprehensive settlement encompassing this issue, we **GRANT** the Joint Motion and **VACATE** our Order of January 22, 2018.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk